IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO.  LO-19-0449 |
| | * | |
| KENNETH RAVENELL, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**\*\*\*\*\*\*\***

## CONSENT MOTION TO MODIFY CONDITIONS OF DEFENDANT TREEM'S RELEASE AND MEMORANDUM IN SUPPORT OF MOTION

Defendant, Joshua R. Treem, with the consent of the government, moves for a modification of the January 8, 2021 order setting conditions of release (Dkt #149) as follows:

1. The defendant is allowed to have personal contact with a lawyer (who has been identified to the government) with whom he has had a significant longstanding personal relationship, provided that he refrain from discussing with this attorney any information or testimony relating to her, or relating to the law firm she has represented that is identified on the government's witness list (or its current and former members and employees), or any information produced by the government in discovery.

2. The defendant is allowed to have personal contact with attorneys identified on the government's witness list, provided that he refrain from discussing his case with any such attorney who may be a witness in his case, except that he may discuss with members of Brown, Goldstein & Levy LLP whether the pending charges might disqualify or affect his representation of a client in matters unrelated to the pending case.

3.  The defendant must otherwise avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including potential victims, co-defendants, co-conspirators and/or any other person identified in writing by the government.

Respectfully submitted,

JOSHUA R. TREEM
By Counsel:

/s/ Robert P. Trout
Robert P. Trout, Bar No. 01669
rtrout@troutcacheris.com
Trout Cacheris & Solomon PLLC
1627 Eye Street, N.W., Suite 1130
Washington, D.C. 20006
Telephone: (202) 464-3311
Facsimile: (202) 464-3319

/s/ Daniel Goldstein
Daniel Goldstein, Bar No. 01036
dan@gold-stein.com
131 Rte 9A
Spofford, NH 03462
Telephone: (410) 218-8537

## Certificate of Service

I hereby certify that on this 2nd day of February, 2021, I caused a copy of Defendant Treem's Motion to Modify Conditions of Release and Memorandum in Support of Motion to be served upon counsel for the United States of America via ECF and that true and correct copies of the filing are available to all parties through ECF and/or PACER.

/s/ Robert P. Trout
Robert P. Trout
Attorney for Joshua R. Treem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO.  LO-19-0449 |
| | * | |
| KENNETH RAVENELL, et al. | * | |
| | * | |
| Defendants. | * | |

*******

## MEMORANDUM IN SUPPORT OF DEFENDANT TREEM'S
## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

On January 8, 2021, following Joshua Treem's initial appearance, the court entered an order setting the conditions of his release (Dkt #149). The conditions include the requirement that Mr. Treem must avoid contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including potential victims, co-defendants, co-conspirators and/or any other person identified in writing by the government.

At the time of Mr. Treem's arraignment, on January 26, 2021, undersigned counsel informed the court of specific circumstances, previously disclosed to the government, that warranted modifications to the conditions of release. First, Mr. Treem has a longstanding personal relationship with a lawyer, previously identified to the government, who has represented the law firm identified as a witness by the government. And second, as a prominent attorney who has been active in the bar for many years, Mr. Treem can be expected to engage from time to time with other attorneys, including possibly one of more who are identified on the government's witness list. One attorney on the government's witness list is Mr. Treem's law partner, so of course he would be expected to have contact with his law partner.

Following further communications with the government, the parties are in agreement that the conditions of release should be modified as follows:

1.      The defendant is allowed to have personal contact with a lawyer (who has been identified to the government) with whom he has had a significant longstanding personal relationship, provided that he refrain from discussing with this attorney any information or testimony relating to her, or relating to the law firm she has represented that is identified on the government's witness list (or its current and former members and employees), or any information produced by the government in discovery.

2.      The defendant is allowed to have personal contact with attorneys identified on the government's witness list, provided that he refrain from discussing his case with any such attorney who may be a witness in his case, except to the extent that he needs to discuss with members of Brown, Goldstein & Levy LLP as to whether the pending charges might disqualify or affect his representation of a client in matters unrelated to the pending case.

3.      The defendant must otherwise avoid all contact, directly or indirectly, with any person or is or may be a victim or witness in the investigation or prosecution, including potential victims, co-defendants, co-conspirators and/or any other person identified in writing by the government.

Case 1:19-cr-00449-LO Document 161 Filed 02/02/21 Page 5 of 5

Respectfully submitted,

JOSHUA R. TREEM
By Counsel:

/s/ Robert P. Trout
Robert P. Trout, Bar No. 01669
rtrout@troutcacheris.com
Trout Cacheris & Solomon PLLC
1627 Eye Street, N.W., Suite 1130
Washington, D.C. 20006
Telephone: (202) 464-3311
Facsimile: (202) 464-3319


/s/ Daniel Goldstein
Daniel Goldstein, Bar No. 01036
dan@gold-stein.com
131 Rte 9A
Spofford, NH 03462
Telephone: (410) 218-8537