IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 19-CR-449 |
| ) | |
| **KENNETH W. RAVENELL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Christopher B. Mead as counsel on behalf of Defendant Treem in the above-captioned matter. The appearance was entered in error, no Notice of Appearance was filed for Mr. Mead, and Mr. Mead's name should be removed from the public docket. Mr. Mead has never been counsel to Defendant Treem.

July 1, 2021                    /s/Christopher B. Mead
Christopher B. Mead
Schertler Onorato Mead & Sears, LLP
901 New York Avenue, NW, Suite 500 West
Washington, DC  20001
202-628-4199
Fax: 202-628-4177