**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 19-CR-449** |
| | **)** | |
| **KENNETH W. RAVENELL, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**DEFENDANT TREEM'S MOTION TO SEAL**

Defendant Treem, by his undersigned attorneys, moves this Honorable Court for an Order sealing the concurrently-filed Letter. Sealing is warranted because the Letter contains information the Court, by previous Order, has determined should remain under seal at this time.

WHEREFORE, Defendant Treem requests that this Court grant this Motion and place under seal the attached Letter.

Respectfully submitted,

SCHERTLER ONORATO MEAD & SEARS, LLP
/s/*Robert P. Trout*
Robert P. Trout, Bar No. 01669
901 New York Ave., NW, Suite 500
Washington, DC 20006
Telephone: (202) 675-4410
Facsimile: (202) 628-4177
rtrout@schertlerlaw.com

/s/ *Daniel F. Goldstein*
Daniel Goldstein, Bar No. 01036
131 Rte 9A
Spofford, NH 03462
Telephone: (410) 218-8537
dan@gold-stein.com

*Attorneys for Joshua Treem*

1

<u>Certificate of Service</u>

I hereby certified that, on this 5th day of November, 2021, a copy of the foregoing Defendants' Motion to Seal was served via ECF on all related parties; the SEALED Letter will be served via email.

<u>/s/ Robert P. Trout</u>